**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
INNOVATIVE SPORTS MANAGEMENT, INC.,
d/b/a INTEGRATED SPORTS MEDIA

          Plaintiff,

    - against -

MERCEDES S. FLORES RAMIREZ, individually,
and d/b/a LA CANDELA II,; and LA CANDELA
PERUVIAN CUISINE, INC., an unknown business
entity d/b/a LA CANDELA II,

         Defendants.
----------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 21-4613 (JMA) (ARL)

   An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 30, 2022; granting in part and denying in Plaintiff's motion for a default judgment; granting the motion as to the liability of Defendant La Candela Peruvian Cuisine, Inc., d/b/a La Candela II; denying the motion as to Defendant Mercedes S, Flores Ramirez; awarding Plaintiff damages in the amount of $2,844.30; directing Defendant La Candela Peruvian Cuisine, Inc., to pay Plaintiff post-judgment interest calculated form the date of judgment until the date of payment using the federal rate set forth in 28 U.S.C. § 1961; and respectfully directing the Clerk of the Court to enter judgment Plaintiff's favor and to close this case, it is

   **ORDERED AND ADJUDGED** that Plaintiff's motion for a default judgment is granted in part and denied in part; that the motion is granted as to the liability of Defendant La Candela Peruvian Cuisine, Inc., d/b/a La Candela II; that the motion is denied as to Defendant Mercedes S, Flores Ramirez; that Plaintiff is awarded damages in the amount of $2,844.30; that Defendant La Candela Peruvian Cuisine, Inc., is directed to pay Plaintiff post-judgment interest calculated form

the date of judgment until the date of payment using the federal rate set forth in 28 U.S.C. § 1961; and that this case is closed.

Dated: August 30, 2022
      Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF THE COURT

                        BY:   /S/ JAMES J. TORITTO
                                      DEPUTY CLERK